CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

DEC 0 1 2008

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| WILLIAM A. BRENNAN, III, ) | |
| ) | Civil Action No. 7:02CR00059 |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA ) | By: Samuel G. Wilson |
| ) | United States District Judge |
| Respondent. ) | |

In accordance with the court's memorandum opinion entered on this day it is **ORDERED** and **ADJUDGED** that Petitioner's 28 U.S.C. § 2255 motion is **DENIED**.

Brennan is advised he may appeal this decision pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure by filing a notice of appeal with this court within 60 days of the entry fo this order, or within such extended period as the court may grant pursuant to Rule 4(a)(5).

The Clerk is directed to send certified copies of this Order and the accompanying Memorandum Opinion to all Parties.

**ENTER**: This December ___, 2008.

_____
UNITED STATES DISTRICT JUDGE